O

# United States District Court
# Central District of California

| | |
|---|---|
| BLVD SUPPLY, LLC, a California limited liability company,<br><br>      Plaintiff,<br><br>    v.<br><br>APHECTION, INC., a California corporation; CHUON GUEN LEE, an individual; and Does 1-10, inclusive,<br><br>      Defendants. | Case No. 2:16-CV-02250-ODW(AFM)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

    On April 1, 2016, Plaintiff BLVD Supply LLC, filed a complaint alleging that Defendants, Aphection Inc. and Chuon Guen Lee infringed its registered trademarks by selling "inferior" apparel bearing the marks without consent. (Compl. ¶¶ 5 and 19, ECF No. 1.) However, Defendants never filed an answer. Plaintiff has taken no further action to prosecute this case.

    Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than October 26, 2016, why the Court should not dismiss this action without prejudice for lack of prosecution. No hearing will be held. Failure to file a timely

written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 12, 2016

_____
          **OTIS D. WRIGHT, II**
    **UNITED STATES DISTRICT JUDGE**