**JS-6**
**O**

# United States District Court
# Central District of California

| | |
|---|---|
| BLVD SUPPLY, LLC, a California limited liability company,<br><br>      Plaintiff,<br><br>    v.<br><br>APHECTION, INC., a California corporation; CHUON GUEN LEE, an individual; and Does 1-10, inclusive,<br><br>      Defendants. | Case No. 2:16-CV-02250-ODW(AGR)<br><br>**ORDER DISMISSING CASE** |

///
///
///
///
///
///
///
///

On October 12, 2016, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. (ECF No. 7.) That order gave Plaintiff until October 26, 2016 to file a response or face dismissal of this action. Plaintiff did not file a response by that date. Accordingly, the Court **DISMISSES** this matter *without prejudice*.

**IT IS SO ORDERED.**

October 31, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**